STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

LLOYD KENNETH DIBBERN, JR.,
*Defendant-Appellant.*

Washington County Circuit Court
C031680CR; A123792

170 P3d 1136

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and David Ferry, Deputy Public Defender, Office of Public Defense Services, for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Doug M. Petrina, Assistant Attorney General, for respondent.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

Convictions on Counts 1 through 3 for manufacture, delivery, and possession of a controlled substance reversed and remanded. *State v. Birchfield*, 342 Or 624, 157 P3d 216 (2007); *State v. Miller*, 208 Or App 424, 144 P3d 1052, *adh'd to on recons*, 210 Or App 176, 149 P3d 1251 (2006). Remaining convictions affirmed and remanded for resentencing.